**Order filed May 30, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-12-00352-CR

_____

## LEROY FLORES ALANIZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-37,921**

### O R D E R

Leroy Flores Alaniz, through his court-appointed counsel, filed a timely notice of appeal. Court-appointed counsel thereafter filed an appellate brief on behalf of Alaniz. Counsel has now filed in this court a motion to withdraw as counsel for Alaniz because Alaniz, prior to the filing of the State's brief, has timely expressed a desire to represent himself on appeal. We abate this appeal.

We abate the appeal and remand the cause to the trial court so that it may conduct a hearing to determine the following:

1. Whether Alaniz desires to prosecute his appeal;

2. Whether Alaniz is still indigent; and

3. If he is indigent, whether, after being warned of the dangers and disadvantages of self-representation, Alaniz competently and intelligently chooses to exercise the right to represent himself.

The trial court is directed to conduct a hearing and make appropriate findings and recommendations. If it is determined that Alaniz is indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether Alaniz's decision to proceed without counsel is knowingly and intelligently made and must enter findings of fact and conclusions of law. *Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780 (Tex. Crim. App. 1976). The trial court clerk is directed to prepare and forward to this court a clerk's record containing the findings, conclusions, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before July 1, 2013.

The appeal is abated.

PER CURIAM

May 30, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.